NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSE ANTONIO TORRES,                    )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D17-3878
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____     )

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hardee County; Marcus J. Ezell, Judge.

Jose Antonio Torres, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, KHOUZAM, and SALARIO, JJ., Concur.